UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SILVA,<br><br>             Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.: 4:24-cv-00415-JSW<br>[*Alameda County Superior Court Case No.: 23CV037557*]<br><br>[~~PROPOSED~~] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>Complaint Filed: July 3, 2023 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff MONICA SILVA is hereby dismissed in its entirety, with prejudice.

Dated: December 16, 2024       By: _____
                                                         U.S. DISTRICT COURT JUDGE

- 1 -

**[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**